# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144681

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 144681
                                         COA: 300984
                                         Wayne CC: 10-003021-FJ

SEAN RAYMOND FRAZIER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                                          _____
                                                            Clerk

h0827